1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA BARDELL,<br><br>            Plaintiff,<br><br>   v.<br><br>GARFIELD BEACH CVS, LLC, a California limited liability company; and DOES 1 Through 20, Inclusive,<br><br>            Defendants. | CASE NO. 8:20-cv-00020-JLS-DFM<br><br>*Assigned for All Purposes to:*<br>*The Honorable Josephine L. Staton*<br><br>**ORDER GRANTING DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)** |

1  **IT IS HEREBY ORDERED** pursuant to the Stipulation for Voluntary Dismissal
2  (Doc. 12) signed by Plaintiff, REGINA BARDELL, and Defendant GARFIELD BEACH
3  CVS, LLC, the entire action against all Defendants, is hereby Dismissed with prejudice
4  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

6  DATED:   February 24, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE